01-5190

unassigned

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-3927-WCT

FILED by SSO D.C.
INTAKE
DEC 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI

IN THE MATTER OF THE
EXTRADITION OF
KARL LANGENSTEIN.
_____/

MAGISTRATE JUDGE
TURNOFF

# CRIMINAL COVER SHEET

1. Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes __x__ No

2. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? ____ Yes __x__ No

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: _____
HUGO L. BLACK III
Assistant United States Attorney
Florida Bar Number 0053074
99 N.E. 4th Street, # 400
Miami, FL 33132-2111
(305) 961-9028
Fax: (305) 530-6168
E-mail: hugo.black@usdoj.gov