AO 442 (Rev. 5/93) Warrant for Arrest

FILED by _____ D.C.
INTAKE
DEC 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
*Unsigned*

# United States District Court

## DISTRICT OF _____

UNITED STATES OF AMERICA

V.

KARL LANGENSTEIN

### WARRANT FOR ARREST
MAGISTRATE JUDGE
TURNOFF

Sealed

CASE NUMBER: 01-3927-UOT

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____   KARL LANGENSTEIN
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [✓] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
BEING A FUGITIVE FROM SWITZERLAND, WHICH HAS SOUGHT HIS PROVISIONAL ARREST WITH A VIEW TOWARDS
EXTRADITION TO ANSWER CHARGES OF FRAUD

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 3184 _____

WILLIAM C. TURNOFF                          UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                     Title of Issuing Officer

_____                   12/14/2001   Miami, FL.
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____ P.T.D. _____   by _____
                                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 1/30/0?

3/8.