UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-5190-CIV-TURNOFF

IN THE MATTER OF THE EXTRADITION

OF

KARL LANGENSTEIN
_____/

## ORDER FOR DISMISSAL WITHOUT PREJUDICE, TO UNSEAL CASE AND TO VACATE ARREST WARRANT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida, pursuant to the request of the Government of Switzerland, hereby dismisses without prejudice the Complaint against KARL LANGENSTEIN, moves the Court to vacate the arrest warrant, to unseal and to close this case.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
12/13/06

Leave of court is granted for the filing of the foregoing Dismissal, to vacate the arrest warrant, to unseal and to close this case.

Date: 12/18/06

WILLIAM C. TURNOFF
U.S. MAGISTRATE JUDGE

cc:   Hugo L. Black III, AUSA
      U.S. Marshal Service